1    United States District Judge BENJAMIN H. SETTLE

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
7

8   MEREDITH S. FERGUSON,                )
                                         )   CIVIL NO. C07-5626BHS
9                   Plaintiff,           )
                                         )   ORDER   FOR   EAJA   FEES   AND
10  vs.                                  )   EXPENSES
                                         )
11  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
12                                       )
                                         )
13                                       )

14       THIS MATTER having come on regularly before the undersigned upon by

15  Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not

16  opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses

17  should be awarded, good cause having been shown, now, therefore, it is hereby

18       //

19       //

20       //

21       //

22       //

23       //

24

25

ORDER FOR EAJA FEES, COSTS AND EXPENSES          Eitan Kassel Yanich, Attorney at Law
[C07-5626BHS] - 1                                203 Fourth Avenue E., Suite 321
                                                 Olympia, WA. 98501
                                                 (360) 705-1226

1      ORDERED that Plaintiff is hereby awarded EAJA fees of $4004.37 and

2  expenses in the sum of $28.78, pursuant to 28 U.S.C. §2412.

3      DATED this 17th day of June, 2008.

4

5

6

7                                              _____

8

9                                              BENJAMIN H. SETTLE
                                               United States District Judge
10

11  Presented by:

12  S/EITAN KASSEL YANICH_____
    EITAN KASSEL YANICH, WSBA #13690
13  Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25
                                               Eitan Kassel Yanich, Attorney at Law
                                               203 Fourth Avenue E., Suite 321
    ORDER FOR EAJA FEES, COSTS AND EXPENSES    Olympia, WA. 98501
    [C07-5626BHS] - 2                          (360) 705-1226