# United States District Court

WESTERN DISTRICT OF WASHINGTON

MEREDITH S. FERGUSON

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5626BHS

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

That Plaintiff is hereby awarded EAJA fees of $4,004.37 and expenses in the sum of $28.78, pursuant to 28 U.S.C. §2412.

| | |
|---|---|
|   June 18, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/Caroline M. Gonzalez* |
| | Deputy Clerk |